# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## First Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Brent M. Woody                              Docket No.: 4:11CR00023 MTS

Name of Sentencing Judicial Officer: The Honorable Jean C. Hamilton, Senior United States District Judge. On March 3, 2023, case reassigned to the Honorable Matthew T. Schelp, United States District Judge

Date of Original Sentence: March 5, 2012

Original Offense: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity

Original Sentence: 151 months custody of the Bureau of Prisons to be followed by a Life term of supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: **January 18, 2022**
                                                                                     Expiration Date: NA

Assistant U.S. Attorney: Tiffany G. Becker                        Defense Attorney: Adam D. Fein

## PETITIONING THE COURT

[X]   To amend the original petition to correct a typographical error above (Date Supervision Commenced).  **The above change is in bold.**

The probation officer believes that the offender has violated the following conditions of supervision:

**<u>Violation Number</u>**

Standard Condition No. 1: The defendant shall not leave the judicial district without the permission of the court or probation officer.

Standard Condition No.3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

Standard Condition No. 9: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer.

Special Condition: No. 4: The defendant shall be prohibited from contact with children under the age of 18 without the prior written permission of the probation office and shall report to the probation office immediately, but in no event later than 24 hours, any unauthorized contact with children under the age of 18.

Special Condition No. 6: The defendant shall not loiter within 500 feet of schools, parks, playgrounds, arcades, or other places frequented by children under the age of 18.

### Nature of Noncompliance

Woody has been supervised by the Southern District of Illinois since his release from custody on January 14, 2023.  On February 28, 2023, the supervising District advised of multiple violations.  In February 2023, the Cyber-Crimes Specialist in the Southern District of Illinois monitored the offender's cell phone and detected a conversation between the offender and two other convicted sex offenders. In the process of investigating, numerous pictures were found, showing the offender at Arrowhead Stadium, located in Kansas City, Missouri.  It appeared that on January 21, 2023, the offender traveled with his father, Michael Woody, brother, Jason Woody, and minor nephew to Kansas City, Missouri to attend the Kansas City Chiefs vs. Jacksonville Jaguars football game at Arrowhead Stadium.

On February 23, 2023, the supervising officer from the Southern District of Illinois confronted the offender and he eventually admitted to violating the travel policy, in that he traveled outside of the District of Illinois without the permission of the Court or probation officer.  When asked if he spent the night, Woody claimed the event was a "one day" trip only.  However, it was discovered that on January 21, 2023, the offender's father reserved two rooms at the Hampton Inn in Blue Springs, Missouri.  Woody was informed that the hotel records were obtained and he then admitted that he spent the night with his father in a room and his brother and nephew spent the night in the second room.  The offender was questioned about any additional out of district travel and he admitted to attending another Kansas City Chiefs football game at Lucas Oil Stadium in Indianapolis, Indiana.  It was verified that game took place on September 25, 2022.  Woody reported they did not stay the night for that game.  In addition, Woody admitted to staying the night at his friend's house in Washington, Missouri, and traveling to Eureka, Missouri in October 2022, wherein he went to Six Flags Amusement Park with his girlfriend. Woody admitted to spending several hours there for recreational purposes.  Additionally, sex offense specific treatment records indicate Woody had reported to his therapist that he had been around his girlfriend's minor children after being told repeatedly that he was prohibited until approved by both the therapist through a safety plan and the probation officer.

### Violation Number

Special Condition No. 3: The defendant shall participate in a sex-offense specific treatment program.  The defendant shall enter, cooperate, and complete said program until released by the probation office.  During the course of said treatment, the defendant shall be subject to periodic and random physiological testing which may include but is not limited to polygraph testing and/or other specialized assessment instruments. The defendant shall pay for the costs associated with treatment based on a co-payment fee approved by the probation office.

Special Condition (modified on September 9, 2021): The defendant shall participate in an approved sexual offender treatment program. If deemed necessary, the defendant shall submit to an approved, sexual-predator evaluation. The defendant shall abide by all rules, requirements, and conditions of the treatment program, including submission to polygraph examination to determine compliance with the conditions of supervision. The defendant shall remain in the program until successfully completed, or until such time as the defendant is released from the program by the Court and/or probation officer. The defendant shall pay for the costs associated with services rendered, based on a Court-approved sliding fee scale and the defendant's ability to pay. The defendant's financial obligation shall never exceed the total cost of services rendered. The Court directs the probation officer to approve the treatment provider and, in consultation with a licensed practitioner, the frequency and duration of counseling sessions, and the duration of treatment, as well as monitor the defendant's participation, and assist in the collection of the defendant's copayment.

**Nature of Noncompliance**

On March 5, 2023, Woody was unsuccessfully terminated from Choices Counseling, Inc., sex offense specific treatment, where he had been attending both groups and individual sessions since the start of supervision. The termination report from the treatment provider indicated that the termination was due to numerous issues of noncompliance with treatment and his term of supervision, specifically indicating multiple behaviors that are in opposition to his clinical treatment plan. The treatment provider advised that the offender's behaviors are relevant to dynamic risk. Further, the report indicated that despite being given opportunities to seek help if struggling and allow for redirection, Woody withheld information from both his therapist and officer, creating an environment for himself that supported the potential for re-offending and re-emergence of his sexual behavior problems. The discharge summary indicates Woody would be encouraged to return for services, but not sooner than 90 days following discharge. The report indicates he would return to treatment on a probationary status and would be subject to discharge at the first incident of noncompliance during the 90 day probationary period. Lastly, the discharge report indicated that Woody had demonstrated a level of entitlement that is significant and would need to remain a clinical focus in any future treatment.

**Previous Violations**

None.

**U.S. Probation Officer Recommendation:**

**It is requested that the original petition be amended to indicate the correct date of the commencement of supervision and that the previously imposed term of supervised release be revoked.** The conduct and circumstances surrounding Woody's instant offense involved the offender engaging in sexual relations with two minors, wherein he was their high school basketball coach, a position of trust for not only the girls themselves, but also their parents. Therefore, Woody's continued noncompliance of contact with minors without approval, present a significant risk to the community. Woody has shown a significant amount of deception with both his supervision and treatment team and failed to address his risk-involved conduct and behaviors during both group and individual treatment sessions. In view of these violations, combined with the short amount of time Woody has been in the community serving a term of supervised release, it is believed that his behavior poses a risk to the community and that he is no longer amenable to supervision at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2023

Approved,

By _____
Clinton S. Vestal
Supervising U.S. Probation Officer
Date: April 10, 2023

Respectfully submitted,

by _____
Lisa K. Haar
U.S. Probation Officer
Date: April 10, 2023

---

THE COURT ORDERS:

☐ No Action
☒ Amend the Original Petition
☐ Other

_____
Signature of Judicial Officer

April 10, 2023
Date

4